**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**In re:**

                                                  Case No.: 22-19070-AJC
                                                  Chapter: 13

     **FELIX MILLO**

                   Debtor          /

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the Notice of Hearing for Objection to Claim of Quicksilver Capital, LLC. [# 3-1], 38 was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all other parties set forth in the NEF dated this 2nd day of February 2023.

                                              CORONA LAW FIRM, P.A

                                             /s/ Ricardo Corona, Esq.
                                             RICARDO CORONA, ESQ.
                                             Florida Bar No. 111333
                                             6700 SW 38th Street
                                             Miami, FL 33155
                                             (305) 547-1234 Phone
                                             (305) 266-11251 Fax
                                             bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 22-19070-PGH**

**Sent Via Electronic Service**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent Via Electronic Service**
**Nancy Neidich Trustee**
PO Box 279806
Miramar, FL 33027

**Sent Via Electronic Service**
**Quicksilver Capital, LLC**
**c/o Giuliano Law, P.C.**
**Attn: Anthony F. Giuliano, Esq.**
445 Broadhollow Road, Ste 25
Melville, NY 11747
Email: afg@glpcny.com

**<u>Sent via US Mail</u>**
**Quicksilver Capital, LLC**
181 S. Franklin Ave., Suite 300
Valley Stream, NY 11581

**<u>Sent via US Mail</u>**
**Felix A. Millo**
8091 W. 36 Avenue, #2
Hialeah, FL 33018