UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
CASE NO.: 22-19070-BKC-CLC  
PROCEEDING UNDER CHAPTER 13

FELIX A MILLO

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on __4/10/2024__.

NANCY K. NEIDICH, ESQUIRE  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 279806  
MIRAMAR, FL  33027-9806

By: /s/ _Kenia Molina_  
☑ Kenia Molina, Esq.  
   FLORIDA BAR NO: 0085156  
☐ Amy Carrington, Esq.  
   FLORIDA BAR NO: 101877  
☐ Gianny Blanco, Esq.  
   FLORIDA BAR NO: 78080

## **CERTIFICATE OF SERVICE**

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
FELIX A MILLO
8091 WEST 36 AVE, #2
HIALEAH, FL  33018

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
RICARDO R. CORONA, ESQ.
6700 SW 38 STREET
MIAMI, FL  33155

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

02/05/2024

To: RICARDO R. CORONA, ESQ.

Re: Felix A Milio                         Case: 22-19070-CLC

Dear RICARDO R. CORONA, ESQ.

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: UNITED STATES TREASURY CL REG 2.5

THE SECURED AMOUNT ON THE POC IS HIGHER THAN THE AMOUNT ON THE PL.

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case.

Very truly yours,

CLARISSA

---

```
***********************
    FAX TX REPORT
***********************

TRANSMISSION OK

JOB NO.                 0066
DESTINATION ADDRESS     13052661151
SUBADDRESS
DESTINATION ID
ST. TIME                02/05 16:09
USAGE T                 01'06
PGS.                    1
RESULT                  OK
User Name               ccooper
```